DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FOURTH DISTRICT

**PHILLIP A. JEAN-BAPTISTE,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D17-0055

[August 31, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE12014263 (11).

Phillip A. Jean-Baptiste, Miramar, pro se.

Kimberly S. Mello, Danielle M. Diaz and Michele L. Stocker of Greenberg Traurig, P.A., Tampa and Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***